CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2020-03258   DIVISION                    SECTION:

MARLENE GOINS

VERSUS

JAZZ CASINO COMPANY, LLC D/B/A HARRAH'S NEW ORLEANS CASINO

FILED:_____                    _____
                                          DEPUTY CLERK

### PETITION FOR DAMAGES

Marlene Goins, through undersigned counsel, respectfully represent:

I.

Marlene Goins is a person of full age of majority, domiciled and residing in DeKalb County, Georgia.

II.

Made defendant herein is Jazz Casino Company, LLC d/b/a Harrah's New Orleans Casino ("Harrah's") a corporation authorized to do and doing business in Orleans Parish at: 8 Canal Street, New Orleans, Louisiana 70130.

III.

Defendant Harrah's owns and operates a casino in downtown New Orleans, Louisiana, and owes to its customers a duty of reasonable care and a duty to keep its premises free from unreasonably dangerous conditions.

IV.

On July 7, 2019, while in Harrah's as guest, complainant Marlene Goins, despite exercising proper diligence and care for her own safety, suddenly and without warning slipped and fell due to water on the floor. The dangerous condition existed on the floor in the women's restroom at Harrah's around 1400. There was no sign to indicate to guests that the floor was wet.

V.

Ms. Goins fell flat on her face and could not get up. She sustained injuries to her knees and hurt her elbows. She had to go to the emergency department at Tulane Medical Center and was diagnosed with a rib injury, lumbosacral strain, elbow strain, and knee injury by Jennifer Alleyn, M.D.



VI.

The sole and proximate cause of the accident at issue herein was the negligence and legal fault of defendant Harrah's in the following nonexclusive respects:

1. In failing to properly maintain its premises;
2. In failing to adequately warn against hazardous conditions on the premises;
3. In failing to exercise due care to prevent water from remaining on the floor;
4. In failing to make efforts to promptly dry the floor;
5. In failing to perform mopping procedures in a safe manner and by leaving dry access to and from the restroom;
6. In failing to implement and enforce policies and procedures for safety procedures;
7. In failing to maintain the premises in conformance with applicable building and safety codes, and other regulations and statutes, for which defendant is liable pursuant to the doctrine of negligence *per se*;
8. In failing to provide a proper and safe access to the restroom; and
9. In generally failing to exercise due care under the circumstances.

VII.

As a result of the foregoing neglect and legal fault of defendant, complainant suffered severe, disabling and permanent injuries to her knees, elbows, ribs, and several other body parts which have required continuing and extensive medical treatment.

VIII.

Marlene Goins has suffered general damages for the past, present and future consisting of pain and suffering, emotional distress, anguish, inconvenience, grief, loss of enjoyment of life, disfigurement, and disability.

IX.

Marlene Goins has suffered for the past, present and future special damages consisting of medical expenses and out of pocket expenses.

X.

To the extent it is disclosed in discovery that the failure to keep the premises in a safe condition was willful, wanton and indicative of gross negligence, complainant claims punitive damages in addition to damages for compensation.

2

WHEREFORE, Marlene Goins prays that after due proceedings that there be judgment rendered herein in her favor and against defendant Jazz Casino Company, LLC d/b/a Harrah's New Orleans Casino for such damages as are reasonable in the premises, judicial interest from judicial demand, and cost of these proceedings, including all cost of experts and for all other general and equitable relief allowed by law.

Respectfully submitted,

_____
ZACHARY R. CHRISTIANSEN, ESQ. (NO. 34486)
THE BOWLING LAW FIRM, A.P.L.C.
1615 Poydras Street, Suite 1050
New Orleans, LA 70112
Telephone: (504) 586-5200
Facsimile: (504) 586-5201
(Main Office)

**PLEASE SERVE**
**JAZZ CASINO COMPANY, LLC D/B/A HARRAH'S NEW ORLEANS CASINO**
Through its Registered Agent
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802